# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Allison Lee Quets            Docket No. 5:07-CR-49-1

### Petition for Action on Probation

COMES NOW Kevin L. Connolley, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Allison Lee Quets, who, upon an earlier plea of guilty to International Parental Kidnaping, 18 U.S.C. §1204, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on December 18, 2007, to a 60 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall not have contact with the victims of the offense or their adoptive parents, unless lawfully allowed to do so by a State court or competent jurisdiction. If a State court or competent jurisdiction ever permits the defendant to have contact with the two children victims, any visitation shall be supervised by the U.S. Probation Office.

4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. The defendant shall surrender her passport for the balance of the term of probation and not travel outside the United States while on probation.

6. The defendant shall obtain suitable employment during the period of probation.

7. The defendant shall notify probation of any travel outside the state of North Carolina.

8. The defendant shall refrain from excessive use of alcohol or any other narcotic drug or controlled substance as defined in the controlled substance act without a prescription from a licensed medical practitioner.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant continues self employment as a consultant providing programming services for businesses running SAP (Systems Application and Products) business software. The nature of her work requires she be on the client's site(s) during the duration of the project which commonly can last as much as one year or more. Ms. Quets recently completed a project in Virginia and has accepted similar work on a new project, working with Honeywell International. She will be working on the client sites located largely in the Minneapolis, MN, and Phoenix, AZ, areas. Her base of operations is in Phoenix.

During the process of transferring supervision, the District of Arizona declined to accept her case for supervision because of the relatively unstructured travel constraints placed on Ms. Quets by the court. Our counterparts in Arizona requested she agree to submit to the standard condition of supervision regarding travel before they would accept her case for supervision. Ms. Quests agreed to submit to the tighter travel constraints. She signed a Waiver of Hearing agreeing to our proposed modification of supervision rescinding the court's directions as to her travel and imposing the standard condition of supervision directing she obtain the probation officer's permission before any travel.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

> The special condition directing "The defendant shall notify probation of any travel outside the State of North Carolina." is rescinded. Standard condition number one, of the Standard Conditions of Supervision, remains in full effect, as follows: The defendant shall not leave the judicial district or other specified geographical area without the permission of the court or probation officer.
>
> Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kevin L. Connolley
Kevin L. Connolley
Supervising U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: May 23, 2011

Allison Lee Quets
Docket No. 5:07-CR-49-1
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this __24__ day of __May__, 2011, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge